# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**THOMAS L. COMBS,**

        Plaintiff,

-vs-                                        Case No. C-1-02-392

**JAMES ERWIN,**

        Defendant.

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Report and Recommendation of the Magistrate Judge are ADOPTED ; Petitioner's motion to withdraw the petition [Doc 16] is granted and this case is closed pursuant to Order of the Court.

Date: September 7, 2003                              KENNETH J. MURPHY, JR., CLERK

                                                                                    By:s/_____
                                                                                      Tempann Thomas, Deputy Clerk