**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( *Printed Name*)     C. Date of Delivery
   CLACKE                            9-10-03

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Thomas L. Combs
#390-993
P.O. Box 5500
Chillicothe, OH 45601

C-1-02-392, Docs. 18 & 19

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)         ☐ Yes

2. Article Number
   (*Transfer from service label*)     7001 2510 0008 6347 8743

PS Form 3811, August 2001    SSB    Domestic Return Receipt         102595-02-M-0835